■ In the Matter of the Claim of JOHN M. PRALL, Respondent, v CITY OF SYRACUSE, Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed November 20, 1987, as amended by decision filed July 26, 1988, which ruled that claimant sustained an accidental injury and awarded workers' compensation benefits.

Decision affirmed, with costs to the Workers' Compensation Board *(see, Matter of Rackley v County of Rensselaer,* 141 AD2d 232, *lv dismissed* 74 NY2d 791). Mahoney, P. J., Casey, Weiss, Levine and Mercure, JJ., concur.